USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   03/04/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE MUELLER and BRADLEY MUELLER,

               Plaintiffs,

    -against-

ISLAS DE MAYAKOBA de C.V., *et al.*,

               Defendants.

25-cv-585 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Pursuant to the Court's order on February 24, 2026 (Dkt. 18), the parties' deadline to submit a joint status letter was March 2, 2026, in advance of the upcoming status conference on March 9, 2026. The Court has not received the parties' letter.

The parties must submit their joint letter no later than **March 6, 2026**. In that letter, the parties must update the Court as to the progress of fact discovery, which is scheduled to close on March 20, 2026, and the other matters set forth in Dkt. 13 ¶ 6.

Dated: New York, New York
       March 4, 2026

                          **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**